Clara Goldberg, as Administratrix, etc., of Abraham Goldberg, Deceased, Appellant, v. Paul Beinlich, Respondent.— Judgment affirmed, with costs, on 145 Appellate Division, 912. Present— Ingraham, P. J., McLaughlin, Clarke, Scott and Dowling, JJ.

In the Matter of Benjamin Steinman and Another v. Eva K. Conlon. Edward B. Hosier, a Witness.— Motion denied, with ten dollars costs. Present— Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Clarence F. Birdseye, an Attorney.— Reference ordered to official referee. Order to be settled on notice. Present — Ingraham, P. J., Laughlin, Clarke and Scott, JJ.

In the Matter of Herbert Lilienthal, Appellant, for a Writ of Mandamus against Lone Star Boat Club, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Hannah Dexter Buckingham, Appellant, v. The Clifton Springs Sanitarium Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Eleanor Shober, Respondent, v. Royal Insurance Company of Liverpool, Limited, Appellant.— Orders affirmed, with ten dollars costs and disbursements. Motion to dismiss appeal denied, without costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Joseph S. Lesser, Respondent, v. International Trust Company, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Michele Mendola and Others, Suing on Behalf of Themselves and All Other Creditors of Antonio Gagliano, etc., Plaintiffs, v. Illinois Surety Company, Appellant. Antonio Friscia, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Gertrude A. Hoffhine, Respondent, v. John B. Owens, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Barnett L. Hollander and Edgar J. Bernheimer, Respondents, v. Henry Kaufmann and Others, Appellants.— Order modified by granting defendants' motion in all respects, and as modified affirmed, with ten dollars costs and disbursements to defendants. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York ex rel. Louis Sohn, Appellant, v. Mashbicher Congregation, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.